IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Angel de Jesus Salinas and Edelia Cantu, on behalf of themselves and all other similarly situated persons, known and unknown, Plaintiffs, <br><br> v. <br><br> Bella Banquets, Inc., d/b/a Bella Banquets and Via Bella Restaurant, and Michelle Fulco, individually, Defendants. | Case No. 1:15-cv-1559 <br><br> Hon. Judge Wood <br><br> Hon. Magistrate Judge Rowland |

## JOINT STIPULATION OF DISMISSAL

The parties to the above entitled action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1), stipulate the following:

1. The parties have reached a settlement of the above-captioned action.

2. The parties therefore stipulate that this matter shall be dismissed in its entirety, without prejudice, with each party incurring its own attorneys' fees and costs, except as otherwise provided for by the parties' settlement agreement.

3. On December 1, 2018, absent a motion by either party to enforce the settlement agreement, the dismissal of this matter shall convert automatically to a dismissal with prejudice.

Respectfully submitted,

/s/ Raisa Alicea
Raisa Alicea
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646

/s/ John D. Landry
John D. Landry
Landry & Associates
120 E. Ogden Ave., Suite 212
Hinsdale, IL 60521